UNITED STATES of America,
Appellee,

v.

Elias ZAMARRIPA, also known as Homeboy, Appellant.

No. 05–2251.

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 7, 2006.

Decided: Feb. 16, 2006.

Lynnett M. Wagner, U.S. Attorney's Office, Lincoln, NE, for Appellee.

John F. Aman, Aman & Aman, Lincoln, NE, for Appellant.

Before MELLOY, FAGG, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Elias Zamarripa pleaded guilty to conspiring to distribute and possess with intent to distribute 500 grams or more of methamphetamine mixture, in violation of 21 U.S.C. § 846. The district court[1] sentenced him to 188 months in prison and 5 years of supervised release. On appeal, Zamarripa's counsel has moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Having reviewed the record independently pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we conclude that there are no non-

---

1. The Richard G. Kopf, United States District    Judge for the District of Nebraska.

frivolous issues for appeal. Accordingly, we affirm the judgment of the district court and grant counsel's motion to withdraw.